**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00872-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

IVAN JONES,

    Plaintiff,

v.

JASON DELUCA,
MICHELLE GARDNER,
GEORGE ZIERK,
LAURIE COLE,
PATRICIA LEETS,
CHRISTINA SMITH,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, a resident of Aurora, Colorado, has filed *pro se* a "Citizen's Civil Rights Complaint" (ECF No. 1) . As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the complaint is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner

(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other:

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) xx is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved General Complaint form (for the General Public filing a Civil Action), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 28, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge