IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00872-GPG

IVAN JONES,

    Plaintiff,

v.

JASON DELUCA,
MICHELLE GARDNER,
GEORGE ZIERK,
LAURIE COLE,
PATRICIA LEETS,
CHRISTINA SMITH,

    Defendants.

## ORDER OF DISMISSAL

On April 24, 2015, Plaintiff, a resident of Aurora, Colorado, filed *pro se* a "Citizen's Civil Rights Complaint" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2).  On April 28, 2015, the Court ordered Plaintiff to cure a deficiency in his Complaint within thirty (30 ) days. (ECF No. 5).  Specifically, the Court informed Plaintiff that he must submit his Complaint using the current court-approved complaint form. (*Id.*)  The Court informed Plaintiff that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. (*Id.*)

Plaintiff has failed to cure the deficiency and has failed to respond in any way to the April 28, 2015 Order.  Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order.  The Court also certifies pursuant to

28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint (ECF No. 1), and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jones failed to prosecute and comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   2nd   day of    June         , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court